UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In Re:

| | | |
|---|---|---|
| Tira Denice Scales, | ) | Chapter 13  - doc 94 |
| Debtor(s) | ) | Case No: 12-48948-659 |
| | ) | Response Due: 12/5/2017 |
| | ) | CERTIFICATION & ORDER |

### CERTIFICATE OF NO RESPONSE/CERTIFICATION OF RESOLUTION

The undersigned certifies that all entities entitled to notice of Tira Denice Scales' Objection to Claim #9 filed by Federal National Mortgage Association has been served with the foregoing Objection in accordance with Local Bankruptcy Rules and the time for response has passed.  No response in opposition has been filed or any response in opposition has been resolved.  Movant requests the Court enter the Order previously submitted or the attached order which supersedes any prior proposed orders.

Dated:   12/8/2017_____            /s/ Marie Guerrier Allen#42990MO
                                        Marie Guerrier Allen, Attorney for Debtor
                                        P. O. Box 411281
                                        St. Louis, MO  63141
                                        Tel: 314-872-1900; Fax: 314-872-1905
                                        Email:allenmarie@sbcglobal.net


### O R D E R

No objections or exceptions having been filed, or if filed, having been overruled; now therefore,

IT IS ORDERED that Debtor's Objection to Claim #9 filed by Federal National Mortgage Association in the amount of $94,645.20 with arrearages $29,622.51 secured by real property 8668 Oriole Avenue, St. Louis, MO  63147 is SUSTAINED; and  The Trustee is ordered to cease future payments on the pre-petition arrears as the Creditor's records show the arrearages on Claim 9 has been paid in full.

                                        KATHY A. SURRATT-STATES
                                        Chief United States Bankruptcy Judge

DATED:  December 19, 2017
St. Louis, Missouri
rjb

Order prepared by:
Marie Guerrier Allen, 42990MO
Attorney for Debtor
P. O. Box 411281
St. Louis, MO  63141
Copy mailed or electronically sent to:

Diana S. Daugherty, Trustee
P O Box 430908
St. Louis, MO 63143

Tira Denice Scales
P O Box 24781
Saint Louis, MO 63115

Federal Natl Mortgage Association
PO Box 1047
c/o: Seterus, Inc.
Hartford, CT 06143-1047

Marie Guerrier Allen
P O Box 411281
St. Louis, MO  63141