Fill in this information to identify the case:

Debtor 1 __Tira Denice Scales__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __Missouri__
(State)

Case number __12-48948-659__

---

Form 4100R

# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): __9__

**Last 4 digits** of any number you use to identify the debtor's account: __0__ __0__ __1__ __9__

**Property address:** __8668 Oriole Ave.__
Number     Street

_____

__Saint Louis, MO 63147__
City     State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:        (a) $ __1,275.40__

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.        (c) $ __1,275.40__

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   __12__/__01__/__2017__
MM / DD / YYYY

---

Form 4100R      **Response to Notice of Final Cure Payment**      page 1

| Debtor 1 | Tira Denice Scales | Case number (*if known*) | 12-48948-659 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Dustin Stiles
Signature

Date 01 / 26 / 2018

Print: Dustin Stiles
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Kozeny and McCubbin, L.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 12400 Olive Blvd., Ste. 555
Number  Street

St. Louis, MO 63141
City  State  ZIP Code

Contact phone ( 314 ) 991 – 0255

Email edmo@km-law.com

# POST-PETITION PAYMENT HISTORY

| **Name:** | Tira Scales |
|---|---|
| **Loan #:** | ▮▮▮▮ |
| **Case #:** | 12-48948 |
| **Date Filed:** | 9/12/12 |

| Date Received | Amount Received | $ Applied To Payment | Post-Petition Date Paid | Paid To Suspense | Running Suspense Total | Post Petition Payment Amount Due |
|---|---|---|---|---|---|---|
| | | | | | $ - | |
| | | | | $0.00 | | |
| 2/6/2013 | $ 2,405.00 | **$481.30** | 10/1/2012 | $1,923.70 | $ 1,923.70 | $ 481.30 |
| | | $481.30 | 11/1/2012 | ($481.30) | $ 1,442.40 | $ 481.30 |
| | | $481.30 | 12/1/2012 | ($481.30) | $ 961.10 | $ 481.30 |
| | | $481.30 | 1/1/2013 | ($481.30) | $ 479.80 | $ 481.30 |
| 3/6/2013 | $ 481.00 | $481.30 | 2/1/2013 | ($0.30) | $ 479.50 | $ 481.30 |
| 4/2/2013 | $ 481.00 | $481.30 | 3/1/2013 | ($0.30) | $ 479.20 | $ 481.30 |
| 5/7/2013 | $ 481.00 | $481.30 | 4/1/2013 | ($0.30) | $ 478.90 | $ 481.30 |
| 6/5/2013 | $ 481.00 | $481.30 | 5/1/2013 | ($0.30) | $ 478.60 | $ 481.30 |
| 7/2/2013 | $ 481.00 | $481.30 | 6/1/2013 | ($0.30) | $ 478.30 | $ 481.30 |
| 8/7/2013 | $ 481.00 | $481.30 | 7/1/2013 | ($0.30) | $ 478.00 | $ 481.30 |
| 9/5/2013 | $ 289.20 | $481.30 | 8/1/2013 | ($192.10) | $ 285.90 | $ 481.30 |
| 10/4/2013 | $ 672.80 | $481.30 | 9/1/2013 | $191.50 | $ 477.40 | $ 481.30 |
| 11/6/2013 | $ 481.00 | $481.30 | 10/1/2013 | ($0.30) | $ 477.10 | $ 481.30 |
| 12/4/2013 | $ 481.00 | $481.30 | 11/1/2013 | ($0.30) | $ 476.80 | $ 481.30 |
| 1/6/2014 | $ 481.00 | $481.30 | 12/1/2013 | ($0.30) | $ 476.50 | $ 481.30 |
| 2/5/2014 | $ 481.00 | $481.30 | 1/1/2014 | ($0.30) | $ 476.20 | $ 481.30 |
| 3/6/2014 | $ 481.00 | $481.30 | 2/1/2014 | ($0.30) | $ 475.90 | $ 481.30 |
| 4/7/2014 | $ 481.00 | $481.30 | 3/1/2014 | ($0.30) | $ 475.60 | $ 481.30 |
| 5/7/2014 | $ 481.00 | $481.30 | 4/1/2014 | ($0.30) | $ 475.30 | $ 481.30 |
| 6/3/2014 | $ 481.00 | $481.30 | 5/1/2014 | ($0.30) | $ 475.00 | $ 481.30 |
| 7/7/2014 | $ 481.00 | $481.30 | 6/1/2014 | ($0.30) | $ 474.70 | $ 481.30 |
| 8/6/2014 | $ 481.00 | $481.30 | 7/1/2014 | ($0.30) | $ 474.40 | $ 481.30 |
| 9/16/2014 | $ 355.14 | $481.30 | 8/1/2014 | ($126.16) | $ 348.24 | $ 481.30 |
| 10/7/2014 | $ 606.86 | $481.30 | 9/1/2014 | $125.56 | $ 473.80 | $ 481.30 |
| 12/4/2014 | $ 1,114.57 | $481.30 | 10/1/2014 | $633.27 | $ 1,107.07 | $ 481.30 |
| | | $481.30 | 11/1/2014 | ($481.30) | $ 625.77 | $ 481.30 |
| 1/7/2015 | $ 633.57 | $633.57 | 12/1/2014 | $0.00 | $ 625.77 | $ 633.57 |
| 2/10/2015 | $ 633.57 | $633.57 | 1/1/2015 | $0.00 | $ 625.77 | $ 633.57 |
| 3/9/2015 | $ 633.57 | $633.57 | 2/1/2015 | $0.00 | $ 625.77 | $ 633.57 |
| 4/15/2015 | $ 633.57 | $633.57 | 3/1/2015 | $0.00 | $ 625.77 | $ 633.57 |
| 5/11/2015 | $ 633.57 | $633.57 | 4/1/2015 | $0.00 | $ 625.77 | $ 633.57 |
| 6/5/2015 | $ 633.57 | $633.57 | 5/1/2015 | $0.00 | $ 625.77 | $ 633.57 |
| 7/28/2015 | $ 633.57 | $633.57 | 6/1/2015 | $0.00 | $ 625.77 | $ 633.57 |
| 10/15/2015 | $ 815.84 | $633.57 | 7/1/2015 | $182.27 | $ 808.04 | $ 633.57 |
| | | $633.57 | 8/1/2015 | ($633.57) | $ 174.47 | $ 633.57 |
| 11/6/2015 | $ 1,523.20 | $633.57 | 9/1/2015 | $889.63 | $ 1,064.10 | $ 633.57 |
| | | $633.57 | 10/1/2015 | ($633.57) | $ 430.53 | $ 633.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/28/2015 | $ 828.81 | $633.57 | 11/1/2015 | $195.24 | $ 625.77 | $ 633.57 |
| 1/6/2016 | $ 633.57 | $633.57 | 12/1/2015 | $0.00 | $ 625.77 | $ 633.57 |
| 2/12/2016 | $ 633.57 | $633.57 | 1/1/2016 | $0.00 | $ 625.77 | $ 633.57 |
| 3/17/2016 | $ 633.57 | $633.57 | 2/1/2016 | $0.00 | $ 625.77 | $ 633.57 |
| 4/7/2016 | $ 633.57 | $633.57 | 3/1/2016 | $0.00 | $ 625.77 | $ 633.57 |
| 5/13/2016 | $ 633.57 | $633.57 | 4/1/2016 | $0.00 | $ 625.77 | $ 633.57 |
| 6/21/2016 | $ 633.57 | $633.57 | 5/1/2016 | $0.00 | $ 625.77 | $ 633.57 |
| 7/26/2016 | $ 633.57 | $633.57 | 6/1/2016 | $0.00 | $ 625.77 | $ 633.57 |
| 9/12/2016 | $ 43.91 | $633.57 | 7/1/2016 | ($589.66) | $ 36.11 | $ 633.57 |
| 10/20/2016 | $ 769.60 | $633.57 | 8/1/2016 | $136.03 | $ 172.14 | $ 633.57 |
| 11/16/2016 | $ 1,729.03 | $633.57 | 9/1/2016 | $1,095.46 | $ 1,267.60 | $ 633.57 |
| | | $633.57 | 10/1/2016 | ($633.57) | $ 634.03 | $ 633.57 |
| 12/19/2016 | $ 637.70 | **$637.70** | **11/1/2016** | $0.00 | $ 634.03 | $ 637.70 |
| 1/18/2017 | $ 637.70 | $637.70 | 12/1/2016 | $0.00 | $ 634.03 | $ 637.70 |
| 3/9/2017 | $ 637.70 | $637.70 | 1/1/2017 | $0.00 | $ 634.03 | $ 637.70 |
| 3/14/2017 | $ 637.70 | $637.70 | 2/1/2017 | $0.00 | $ 634.03 | $ 637.70 |
| 4/6/2017 | $ 637.70 | $637.70 | 3/1/2017 | $0.00 | $ 634.03 | $ 637.70 |
| 5/4/2017 | $ 637.70 | $637.70 | 4/1/2017 | $0.00 | $ 634.03 | $ 637.70 |
| 6/28/2017 | $ 637.70 | $637.70 | 5/1/2017 | $0.00 | $ 634.03 | $ 637.70 |
| 7/18/2017 | $ 637.70 | $637.70 | 6/1/2017 | $0.00 | $ 634.03 | $ 637.70 |
| 8/8/2017 | $ 637.70 | $637.70 | 7/1/2017 | $0.00 | $ 634.03 | $ 637.70 |
| 10/5/2017 | $ 1,177.02 | $637.70 | 8/1/2017 | $539.32 | $ 1,173.35 | $ 637.70 |
| | | $637.70 | 9/1/2017 | ($637.70) | $ 535.65 | $ 637.70 |
| 11/7/2017 | $ 736.08 | $637.70 | 10/1/2017 | $98.38 | $ 634.03 | $ 637.70 |
| | | $634.03 | 11/1/2017 | ($634.03) | $ - | closed short |
| | | | 12/1/2017 | $0.00 | $ - | $ 637.70 |
| | | | 1/1/2018 | $0.00 | $ - | $ 637.70 |
| | | | | $0.00 | $ - | |
| | | | | $0.00 | $ - | |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In Re

**Tira Denice Scales,**

    Debtor.

**Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and assigns,**

    Movant.

v.

**Tira Denice Scales,**

    Debtor,

and

**Diana S. Daugherty,**

Trustee,

    Respondents.

Case No: 12-48948-659

Chapter 13

**CERTIFICATE OF SERVICE**

**Kozeny & McCubbin, L.C.**
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
edmo@km-law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the response to notice of final cure and a copy of this pleading were served electronically via CM/ECF the 26th day of January, 2018 to the parties listed below:

Marie Guerrier Allen
Attorney for Debtor
PO Box 411281
St. Louis, MO 63141

*KM11753806KM*

Diana S. Daugherty
Trustee
PO Box 430908
St. Louis, MO 63143

Office of the US Trustee
U.S. Trustee
111 S. 10th St., Ste. 6.353
St. Louis, MO 63102

And delivered via regular U.S. Mail on January 26, 2018 to:

Tira Denice Scales
Debtor
PO Box 24781
Saint Louis, MO 63115-0000

                      Respectfully submitted,

                      /s/ Dustin Stiles
                      Jonathon B. Burford, #59337MO
                      Dustin Stiles, #63272MO
                      Attorneys for Movant
                      12400 Olive Blvd., Suite 555
                      St. Louis, MO 63141
                      Phone: (314) 991-0255
                      Fax:  (314) 567-8019
                      edmo@km-law.com

*KM11753806KM*